# "UNDER SEAL'

FILED
CHARLOTTE, NC

MAY 1 5 2018

US DISTRICT COURT
WESTERN DISTRICT OF NC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 5:18-cr- 28 |
| ) | |
| v. ) | |
| ) | *UNDER SEAL* |
| WAYNE THOMAS MASSEY ) | |
| ) | |

### ORDER SEALING INDICTMENT, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

SO ORDERED this 15th day of May 2018.


THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE